# EXHIBIT 4

NOTICE OF FILING REMOVAL

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF GRAND TRAVERSE

NANCY WARSZAWSKI,

    Plaintiff,

Case No.: 20-35456-NO

vs.

Honorable Thomas G. Power

THE HOME DEPOT, a Delaware corporation,

    Defendant.

_____/

| Daniel P. O'Neil   (P37051) | Carolyn M. Jereck (P41748) |
|---|---|
| THOMPSON O'NEIL, P.C. | PLUNKETT COONEY |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 309 E. Front Street | 333 Bridge Street NW, Suite 530 |
| Traverse City, MI  49684 | Grand Rapids, MI  49504 |
| (231) 929-9700 | (248) 594-6363/(616) 752-4607 (fax) |
| oneil@ThompsonOneilLaw.com | cjereck@plunkettcooney.com |

_____/

## **NOTICE OF REMOVAL**

    PLEASE TAKE NOTICE THAT Defendant, THE HOME DEPOT, more properly known as HOME DEPOT USA, INC., has this day, filed a Notice of Removal, copies of which are attached hereto, in the offices of the Clerk of the United States District Court, Western District of Michigan, at 399 Federal Building, 110 Michigan Street, N.W., Grand Rapids, Michigan  49503.

    Respectfully submitted,

    s/ CAROLYN M. JERECK P41748

    PLUNKETT COONEY
    Attorney for Defendant Home Depot
    333 Bridge Street, N.W., Ste. 530
    Grand Rapids, MI  49504
    (248) 594-6363
    cjereck@plunkettcooney.com